IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>           Plaintiff,<br><br>    v.<br><br>ABS FINANCIAL GROUP, INC.,<br>individually and d/b/a ABS Business<br>& Motel Brokers; Joga S. Mann,<br>individually and d/b/a ABS Business<br>& Motel Brokers; Rikki A.K. Mann,<br>inclusive,<br><br>           Defendants. | 02:08-cv-00018-GEB-DAD<br><br>ORDER TO SHOW CAUSE AND<br>CONTINUING FINAL PRETRIAL<br>CONFERENCE |

        The Status (Pretrial Scheduling) Order ("Order") filed April 23, 2008 scheduled a final pretrial conference in this case on October 19, 2009 at 11:00 a.m.  That Order required the parties to file a joint final pretrial statement "not later than seven (7) days prior to the final pretrial conference."  (Order at 4:15-16.) Neither party filed a joint pretrial statement.  Due to the parties' failure to file a pretrial statement as ordered, the final pretrial conference is continued to December 7, 2009, at 2:30 p.m.

        The parties shall file a joint final pretrial conference statement seven days prior to the conference.  The filing requirements in the Order apply to this filing.

1

Plaintiff is ORDERED TO SHOW CAUSE (OSC), in a writing to be filed no later than 4 p.m. on October 30, 2009, why sanctions should not be imposed against him under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely final pretrial statement. Sanctions could include, *inter alia*, dismissal of the lawsuit. Plaintiff shall also state in the written response whether a hearing is requested on the OSC.  If a hearing is requested, it will be held at the time of the final pretrial conference.

IT IS SO ORDERED.

Dated:  October 15, 2009

GARLAND E. BURRELL, JR.
United States District Judge