IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )   02:08-cv-00018-GEB-DAD
            Plaintiff,         )
      v.                       )
                               )   ORDER RE: SETTLEMENT
                               )   AND DISPOSITION
ABS FINANCIAL GROUP, INC.,     )
individually and d/b/a ABS Business)
& Motel Brokers; Joga S. Mann, )
individually and d/b/a ABS Business)
& Motel Brokers; Rikki A.K. Mann, )
inclusive,                     )
                               )
            Defendants.        )
                               )
```

On October 16, 2009 Plaintiff filed a Notice of Settlement in which Plaintiff states: "the parties have settled this action. Dispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than November 5, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///

1

1     The final pretrial conference scheduled for December 7,
2 2009 at 2:30 p.m. will remain scheduled in the event that no
3 dispositional document is filed, or if this action is not otherwise
4 dismissed.
5     IT IS SO ORDERED.
6 Dated:  October 23, 2009

8 _____
  GARLAND E. BURRELL, JR.
9 United States District Judge